**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-2338**

HEPHZIBAH BATES, a/k/a Hattie Tea Jenkins Bates,

             Plaintiff - Appellant,

        v.

ROBERT MCDONNELL, Governor,

             Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Robert E. Payne, Senior District Judge.  (3:12-cv-00643-REP)

Submitted:  December 21, 2012      Decided:  January 11, 2013

Before NIEMEYER, DUNCAN, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Hephzibah Bates, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Hephzibah Bates appeals the district court's order dismissing her civil complaint as frivolous and delusional under 28 U.S.C. § 1915 (2006). We have reviewed the record and find no reversible error. Accordingly, while we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. Bates v. McDonnell, No. 3:12-cv-00643-REP (E.D. Va. Sept. 24, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED